# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2009

138778

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                              SC: 138778
                              COA: 285773

JAMES EDWARD HENDERSON, JR.,              Jackson CC: 07-002445-AV
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     KELLY, C.J., and CAVANAGH and MARKMAN, JJ., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2009                                     _____
                                                  Clerk

l0909